IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN GILLOCK,

                    Plaintiff,

     vs.

SAUNDERS COUNTY, NEBRASKA, a
Political Subdivision;  et. al;

                  Defendants.

**4:16CV3190**


**ORDER**


IT IS ORDERED that Plaintiff's motion to amend, (Filing No. 15), is granted as follows:


1)     Consistent with the agreement between the parties, "Saunders County Sheriff's Department" and "Saunders County Corrections" shall be removed as named defendants.


2)     Plaintiff's amended complaint, with the modifications referenced and required under paragraph 1 of this order, shall be filed on or before May 3, 2017.


April 26, 2017.


BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge