IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN GILLOCK,

    Plaintiff,

vs.

SAUNDERS COUNTY, NEBRASKA, a Political Subdivision; et al;

    Defendants.

CASE NO. 4:16-CV-3190

**ORDER**

The Joint Stipulation of the Parties to Amend the Progression Order and Extend Discovery Deadlines, (Filing No. 24), is granted, and the case progression order (Filing No. 10), is modified as follows:

1) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is extended to October 24, 2017.

2) Any motion to compel Rule 33, 34, and 36 discovery must be filed by November 7, 2017. **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline is extended to November 21, 2017.

4) The deadline for identifying expert witnesses expected to testify at trial (both retained experts, (Fed. R. Civ. P 26(a)(2)(B)) and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C) is October 24, 2017.

5) The deadlines for complete expert disclosures for all experts to testify at trial (both retained experts, (Fed. R. Civ. P 26(a)(2)(B)) and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C) are:

    For Plaintiff:    November 21, 2017
    For Defendants:    December 22, 2017

6) The deadline for filing a motion for summary judgment based on qualified immunity is January 23, 2018.

July 8, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge