IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN GILLOCK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAUNDERS COUNTY, NEBRASKA, a Political Subdivision, et al;<br><br>　　　　　Defendants. | **4:16CV3190**<br><br>**ORDER** |

IT IS ORDERED that the motion to permit John F. Thomas of McGrath North Mullin & Kratz, PC LLO to withdraw as counsel of record on behalf of Defendant Advanced Correctional Healthcare, Inc, (Filing No. 44), is granted.

September 14, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge