IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN GILLOCK,<br><br>          Plaintiff,<br><br>vs.<br><br>SAUNDERS COUNTY, NEBRASKA, a Political Subdivision; et.al;<br><br>          Defendants. | **4:16CV3190**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Defendants' anticipated motion for summary judgment on the issue of qualified immunity will be filed on or before December 15, 2017.

2) Additional discovery for responding to that motion will not be permitted absent leave of the court for good cause shown.

3) If this case is not dismissed by summary judgment on qualified immunity, counsel shall contact my chambers within 10 days following that ruling to schedule a case progression conference.

October 24, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge