IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOHN GILLOCK, | ) | 4:16CV3190 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| SAUNDERS COUNTY, et al., | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing No. 53) is granted, and Plaintiff shall have until December 21, 2017, to respond to Defendants' motion for summary judgment (Filing No. 51).

DATED this 4th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge