IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOHN GILLOCK, | ) | 4:16CV3190 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| SAUNDERS COUNTY, et al., | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' unopposed motion for extension of time (Filing No. 59) is granted. Defendants shall have until January 11, 2018, to file a reply regarding their motion for summary judgment (Filing No. 51).

DATED this 26th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge